# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARLENE SMITH, | Case No.: CV 17-7916 JPR |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: May 3, 2018

_____
THE HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

-1-

DATE: April 30, 2018          Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING

                                     /s/ *Young Cho*
                              BY:_____
                              Young Cho
                              Attorney for plaintiff Darlene Smith